UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | 2:18-MJ-69 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MATEO GOMEZ-PABLO, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DETENTION

At Defendant's initial appearance on _April 6_, 2018, Defendant and counsel conferred, after which Defendant's counsel announced that Defendant wished to waive a detention hearing without prejudice to requesting one subsequently.

If Defendant later files a motion requesting a detention hearing, such a hearing will be scheduled promptly.

SO ORDERED:

_____
United States Magistrate Judge